# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 21-CR-0575 (EGS)** |
| : | |
| **CASEY CUSICK** : | |

## MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LCrR 44.1(c)

Undersigned counsel, pursuant to Local Criminal Rule 44.1(c), respectfully moves this Honorable Court, with sponsorship from Santha Sonenberg, a member of the bar of this court, for *pro hac vice* admission to serve as conflict counsel for Casey Cusick pursuant to this Court's May 24, 2022, Minute Order.

As grounds for this Motion, undersigned counsel state:

1. On May 24, 2022, this Court appointed undersigned counsel to serve as conflict counsel for Casey Cusick based on the Report and Recommendation filed by independent counsel Santha Sonenberg (Doc. No. 18) (February 25, 2022).

2. Although undersigned counsel had been a member of the bar of this court since November 23, 1970, at some point the local rules were changed to require renewal every three years. Notification of the need for undersigned counsel to renew his membership in the bar of this court was sent to a lapsed e-mail address and as a result, undersigned counsel never received it and was unaware of the need to renew his membership. Moreover, because undersigned counsel's membership in the bar of this court expired more than three years ago, to serve as conflict counsel for Casey Cusick he must either reapply *ab initio* for admission or be admitted *pro hac vice*. Given the imminent deadlines in this matter and

the need for undersigned counsel to commence his duties as Mr. Cusick's conflict counsel, it seemed that the most expeditious course would be to seek admission *pro hac vice*.

3. Undersigned counsel has been a member of the Bar of the District of Columbia since 1970, previously served as Deputy Director of the Public Defender Service, and serves as a voluntary hearing committee member of the District of Columbia Board of Professional Responsibility.

4. Santha Sonenberg, a member of the bar of this court sponsors undersigned counsel's *pro hac vice* admission in the above-captioned matter, as evidenced by her signature on the instant motion consistent with the requirements of Local Criminal Rule 44.1(c).

**Dated: June 3, 2022**                    Respectfully submitted,

s/*Warren Anthony Fitch*
_____
Warren Anthony Fitch (D.C. Bar No. 089-920)
3930 Georgetown Court N.W.
Washington, DC 20007-2127
(202) 337-0912 (H)
(301) 367-1803 (M)


s/*Santha Sonenberg*

_____
Santha Sonenberg (D.C. Bar No. 376-188)
(202) 494-7083
**santhasonenberg@yahoo.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-CR-0575 (EGS)** |
| | : | |
| **CASEY CUSICK** | : | |

**ORDER GRANTING *PRO HAC VICE* ADMISSION PURSUANT TO LCrR 44.1(c)**

This matter having come before the Court on a motion for admission *pro hac vice*, and good cause having been shown, it is this _____ day of June, 2022, HEREBY ORDERED

1) The motion is granted; and

2) Pursuant to Local Criminal Rule 44(c) Warren Anthony Fitch, a member in good standing of the bar of the District of Columbia, sponsored by Santha Sonenberg, a member of the bar of this court, is hereby admitted *pro hac vice* for the purposes of serving as conflict counsel for Casey Cusick in the above-captioned matter.

_____
Emmet G. Sullivan
United States District Judge

3