UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) ) DAVID JOHN LESPERANCE, ) ) CASEY CUSICK, and ) ) JAMES VARNELL CUSICK, JR., ) ) **Defendants.** ) ) | Case No.: 21-cr-00575 (EGS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Warren Anthony Fitch as independent conflict counsel for defendant Casey Cusick in the above-captioned case. I have been appointed by the Court under the Criminal Justice Act and admitted *pro hac vice* by Minute Order dated June 15, 2022.

June 16, 2022                                   Respectfully submitted,

*(s) Warren Anthony Fitch*
WARREN ANTHONY FITCH
D.C. Bar No. 089920
3930 Georgetown Court N.W.
Washington, DC 20007-2127
Tel: (202) 337-0912
Email: tony.fitch@comcast.net

Counsel for Defendant Casey Cusick

*(s) Santha Sonenberg*
SANTHA SONENBERG
D.C. Bar No. 376188
Tel: (202) 4940-7083
Local Counsel for Warren Anthony Fitch