AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00575-EGS |
| David J. Lesperance; Casey Cusik; James V. Cusik | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/06/2022

/s/ Francesco Valentini
*Attorney's signature*

Francesco Valentini, D.C. Bar No. 986769
*Printed name and bar number*

Trial Attorney (detailed to the U.S. Attorney's Office)
601 D Street NW
Washington, D.C. 20530
*Address*

francesco.valentini@usdoj.gov
*E-mail address*

(202) 598-2337
*Telephone number*

(202) 305-2121
*FAX number*