# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No.:  1:21-cr-575 (JDB) |
| -v- | |
| **DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,** | |
| **Defendants.** | |

**DEFENDANTS OBJECTIONS PROPOSED FINAL JURY INSTRUCTIONS**

David John Lesperance, Casey Cusick, and James Varnell Cusick, Jr. ("Defendants"), through undersigned counsel, John M. Pierce, presents the following objections to proposed final jury instructions:

- Objection to Instruction 2.107 "BURDEN OF PROOF"

Defendants oppose language which states "If you find that the government has proven . . . it is your duty to find that defendant guilty of that offense." This instruction violates the right to jury trial as described in Article 3, and the 6th amendment. A proper instruction is that the jury "may find that defendant guilty of that offense."

- Objection to the "PREPARATION OF WITNESSES" instruction on page 23. This instruction is unnecessary and might give a false impression that anything goes regarding witness preparation (which is not the case).

- The word "remaining" in Count 1 must be defined.
  Defendants propose the following: "The term "remaining" means staying or refusing to leave within a reasonable time after being formally told to leave, or staying after others are gone.[1]

- Restricted shouldn't be defined as restricted. It should say "or otherwise marked off" or "designated."

- Also, defendants request an instruction on the requirement of individualized guilt, rather than collective guilt. "A defendant may only be convicted of a crime that he himself individually committed. A person may never be convicted on the basis of what other people do."

- Additionally, defendants request a 1st amendment jury instruction as it pertains to disorderly conduct and "picketing and parading." This should be based on principles outlined in the *Bynum* decision which held that the interior of the Capitol is not a free speech open forum, but that <u>nondisruptive organized</u>

---

[1] See, e.g., Britannica Dictionary, "to be left when the other parts are gone . . ." or "to stay after others have gone."

<u>prayer walking and even speechmaking</u> in the halls of the Capitol are protected under the First Amendment.

Date: July 13, 2023

Respectfully Submitted,
  */s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street 3rd Floor, PMB #172

Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce