

**From:** Joshua Riley
**Date:** September 14, 2023 at 3:09:12 PM EDT
**To:**
**Subject: Letter**

Dear Judge Bates,

   I am writing this letter as a character reference for Casey Cusick. I have known Casey for the last 10 years, we met at Rhema Bible college through his wife Ruth. We became instant friends that I now consider my brother. I am proud to say that he is a person of good character. In my experience, Casey has always been an honest, hardworking, and responsible individual. He is always willing to lend a helping hand to those in need, and I have seen firsthand his dedication to his family, his friends and the community around him. He is a wonderful loving father and husband that needs to be with his family. He's the type of person who always puts others above himself. Every week we play a round of golf and he brings his two daughters along for the ride. They love being around their dad and they have so much fun. I don't know to many fathers who would do that.

In addition, Casey has been an active member of the church and his community, I believe that Casey is a valuable member of our society who has made a positive impact on those around him. I strongly recommend him as a person of good character who deserves leniency in his current legal situation. I know him and his family went to the capital that day with good intentions, they love this country and the DC area and would never do anything to destroy it.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Thank you for your time

    Sincerely,

    Joshua Riley