To: The Honorable Judge John Bates

My name is Ruth Cusick, wife of Casey Cusick and stay-at-home mom at the Cusick household in Oklahoma. I am writing on behalf of my husband and the father of our three children (Casey) to testify to his character and to facilitate further understanding of who he is to our children, me, and our community. Also, to graciously communicate how vital it is for him to be present in our home with me and our children's lives. Sentencing is scheduled for October 12th.

I'll begin by sharing that if Your Honor, Judge Bates, were to ask anyone who knows of Casey; they would agree with me in saying that he is the most genuine, most real, most encouraging, and down-to-earth person one could meet. He helped me out of some of my darkest moments postpartum. I grew up in a household where emotional self-regulation was not taught. This ultimately affected me and my marriage in a negative way.

That brings me to "the elephant in the room"—It is no secret that I pressed charges over a dispute Casey and I had in our car. In hindsight, my mistake was to allow all the negative emotions to cloud my judgment and not see the situation for what it was, an accident. I especially saw how clouded by emotion I was after going to a meeting with other women and hearing their stories of living with some actual controlling and scary individuals. I was naive and didn't know the repercussions my actions could cause and had already caused even after I dropped the charges. It was now permanently on his record, forever changing and affecting our family as a whole. Nevertheless, through all this, Casey and I were able to grow from this in our communication with one another, and in our relationship as a whole. This alone shows how humble, loving, selfless, and caring Casey is. He chose family and to work through processing what had happened together.

By going through this next part in our life with Your Honor there is a story I think will show another wholesome layer of who Casey is. Time went on and he struggled to get work because of what came up as a previous arrest. So, we agreed that I start part-time work and find odd jobs here and there for him while we figured out how we were going to move forward. As we did this, he decided to simultaneously work towards getting his Real Estate license. Went hard, studied, and then 2020 happened. All testing came to a halt. We had to quickly adjust again, and I kept working part-time off and on. In one of my part-time jobs, I had the opportunity to talk to all kinds of people from all over the place as it was a high-end coastal family gift shop. One day a lady opened up to me on how one thing she appreciated her dad always did, for not only her but her mom as well, was that he would always make sure her gas tank was full so they didn't have to find themselves in an unfortunate or uncomfortable situation at a gas station. As this lady explained her story to me, I was also overwhelmed with appreciation, gratitude, and a new perspective as I realized that this lady was describing to me the love that my daughters will also be experiencing throughout their life because Casey is this type of man. To this day he has done this very thing since we dated

      Considering statistics, Your Honor may already know that we all do our best to raise psychologically, emotionally, and academically stable, strong, and whole children. Any leniency you are at liberty to consider will help in bettering this statistic by lessening the overall impact that sentencing could have on our family. The love that all three of our kids have for Casey is unlike anything I've ever seen. He is the laughter in our home. Ever since the arrest for this case, my older two (6 and 3) have been hyper-vigilant over him because they do not want to be apart from him, fearing he will be taken away from them like he was on the day of this arrest. Our six-year-old girl is the one we see has been affected the most by all of this. Stability is what we have been striving towards to help her through these effects and to be able to continue to heal as individuals, as a marriage, and as a family for the sake of our kids' overall well-being. He has never wavered in his love and support for us and has steadily continued to be active and present in our kids' lives despite mentally and emotionally dealing with all he has had to go through. I appreciate the opportunity to write this letter for you, allowing me to elaborate on Casey's character and values.

Thank you for your time and attention.

Respectfully,

Ruth Cusick