# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       vs.                               )<br>CASEY CUSICK                       ) | Criminal No. 1:21-575 (JDB) |

## NOTICE OF APPEAL

Name and address of appellant:  CASEY CUSICK
6303 E 164th St S, Bixby, OK 74008

Name and address of appellant's attorney:  John M. Pierce
JOHN PIERCE LAW
21550 Oxnard Street, 3rd Floor, PMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

Offense:  4 counts, 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D), 40:5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Conviction on July 14, 2023, from trial July 10 through 14, 2023 and sentencing on October 12, 2023.

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Oct 25, 2023                                                 *Casey Cusick (Oct 25, 2023 11:13 CDT)*
DATE                                                                APPELLANT

                                                                               ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ✓
PAID USCA FEE ✓

Does counsel wish to appear on appeal?          YES ✓    NO ☐
Has counsel ordered transcripts?                       YES ✓    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ☐